**Order entered July 26, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01442-CV

**SREEDHAR GADDAM, Appellant**

**V.**

**DISCOVER BANK, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-00971-B**

## ORDER

Before the Court is appellant's July 25, 2018 motion seeking a ninety-day extension of time to file an amended brief. We **GRANT** the motion **TO THE EXTENT** that appellant shall filed an amended brief by **August 28, 2018**.

/s/    ADA BROWN
       JUSTICE